AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JON KINNE,

               Plaintiff,

               v.

OTHELLO COMMUNITY HOSPITAL, ADAMS
COUNTY PUBLIC HOSPITAL DISTRICT NO. 3, and
HARRY GELLER, in his individual capacity,
               Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-115-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants pursuant to the Order Granting Defendants' Motion for Summary Judgment entered on February 4, 2010, Ct. Rec. 38.

| February 4, 2010 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |